IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BUTTON, et al., | : |
| Plaintiffs, | : |
| | : 3:12-CV-01941 |
| v. | : |
| | : (JUDGE MARIANI) |
| ALAN SNELSON, et al., | : |
| Defendants. | : |

FILED
SCRANTON
AUG 30 2013

PER_____
DEPUTY CLERK

**ORDER**

In accordance with the Court's Memorandum Opinion, **NOW, THIS 29TH DAY OF AUGUST, 2013, IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for a More Definite Statement (Doc. 6) is **DENIED**.

2. Defendants shall have **FOURTEEN (14) DAYS** from the date of this Order to file a responsive pleading to Plaintiffs' Complaint.

_____
Robert D. Mariani
United States District Judge