IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BUTTON, et al., | : |
| Plaintiffs, | : |
| | : 3:12-CV-01941 |
| v. | : (JUDGE MARIANI) |
| ALAN SNELSON and DORRANCE TOWNSHIP, | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 23RD DAY OF MARCH, 2016**, upon consideration of the parties' Cross-Motions for Summary Judgment (Docs. 34; 39), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion (Doc. 34) is **DENIED**.

2. Defendants' Motion (Doc. 39) is **GRANTED**.

3. Summary Judgment is **ENTERED** in favor of Alan Snelson and Dorrance Township and against Edward Button, Sandra Button, and Button Oil Company, Inc..

4. The Clerk of Court is **DIRECTED** to close the case.

Robert D. Mariani
United States District Judge